ELLEN F. ROSENBLUM
Attorney General
JAMES S. SMITH  #840932
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  James.S.Smith@doj.state.or.us

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MOYATA ANOTTA, an individual; and NW METALS, INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency; RICHARD WHITMAN, an individual; LEAH FELDON, an individual; NINA DECONCINI, an individual; DEREK SANDOZ, an individual; COURTNEY BROWN, an individual; and STEVE DIETRICH, an individual,<br><br>Defendants. | Case No. 3:22-cv-00953-YY<br><br>DECLARATION OF DEFENDANT'S COUNSEL IN SUPPORT OF NOTICE OF REMOVAL |

I, James S. Smith, declare:

1.  I am a Senior Assistant Attorney General for the Oregon Department of Justice and make this Declaration to support the Notice of Removal.

Page 1 -  DECLARATION OF DEFENDANT'S COUNSEL IN SUPPORT OF NOTICE OF REMOVAL
       JSS/jl9/

2. Attached as Ex. 1 is a true and correct copy of the Complaint filed by plaintiffs in Multnomah County Circuit Court June 3, 2022.

3. Attached as Ex. 2 is a true and correct copy of the Amended Complaint filed by plaintiffs in Multnomah County Circuit Court June 8, 2022.

4. Attached as Ex. 3 is a true and correct copy of the Acceptance of Service executed by defendants' counsel accepting service June 14, 2022.

5. Attached as Ex. 4 is a true and correct copy of the Declaration of Service of Summons and Amended Complaint on defendant Steven Dietrich, executed by Ms. Abigail Williams, filed by plaintiffs in Multnomah County Circuit Court June 30, 2022.

6. As of this date, there have been no further proceedings or pleadings in Multnomah County Circuit Court.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on July  1 , 2022.

　　　　　　　　　　　　　　　　　　　　*s/ James S. Smith*
　　　　　　　　　　　　　　　　　　　　JAMES S. SMITH
　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General

Page 2 -   DECLARATION OF DEFENDANT'S COUNSEL IN SUPPORT OF NOTICE OF REMOVAL
JSS/jl9/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000