EXHIBIT 3
Page 1 of 3

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| MOYATA ANOTTA, an individual; and NW METALS, INC., an Oregon corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency; RICHARD WHITMAN, an individual; LEAH FELDON, an individual; NINA DECONCINI, an individual; DEREK SANDOZ, an individual; COURTNEY BROWN, an individual; and STEVE DIETRICH, an individual,<br><br>　　　　　Defendants. | Case No. 22CV18266<br><br>ACCEPTANCE OF SERVICE FOR OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, RICHARD WHITMAN, LEAH FELDON, NINA DECONCINI, DEREK SANDOZ, COURTNEY BROWN AND STEVE DIETRICH<br><br>**ORS 20.140 - State fees deferred at filing** |

　　　　I, James S. Smith, certify that:

　　　　I am an Assistant Attorney General with the Oregon Department of Justice which represents the defendants in this case. By execution of this document, I hereby accept service of the Summons and First Amended Complaint on behalf of the Oregon Department of Environmental Quality, Richard Whitman, Leah Feldon, Nina DeConcini, Derek Sandoz, Courtney Brown and Steven Dietrich.

Page 1 -　ACCEPTANCE OF SERVICE FOR OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, RICHARD WHITMAN, LEAH FELDON, NINA DECONCINI, DEREK SANDOZ, COURTNEY BROWN AND STEVE DIETRICH
　　　　　JSS/ek4/

EXHIBIT 3
Page 2 of 3

1    This Acceptance of Service is to have the same force and effect as if each of the

2 defendants named above was personally served with the Summons and Complaint under and

3 pursuant to the rules and statutes of the State of Oregon.

4    DATED June 14, 2022.

5                                        Respectfully submitted,

6                                        ELLEN F. ROSENBLUM
                                         Attorney General
7

8
                                            *s/ James S. Smith*
9                                        JAMES S. SMITH #840932
                                         Senior Assistant Attorney General
10                                       Trial Attorney
                                         Tel (971) 673-1880
11                                       Fax (971) 673-5000
                                         James.S.Smith@doj.state.or.us
12                                       Of Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ACCEPTANCE OF SERVICE FOR OREGON DEPARTMENT OF ENVIRONMENTAL
     QUALITY, RICHARD WHITMAN, LEAH FELDON, NINA DECONCINI, DEREK
Page 2 - SANDOZ, COURTNEY BROWN AND STEVE DIETRICH
     JSS/ek4/

EXHIBIT 3
Page 3 of 3

**CERTIFICATE OF SERVICE**

I certify that on June __30__, 2022, I served the foregoing ACCEPTANCE OF SERVICE FOR OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, RICHARD WHITMAN, LEAH FELDON, NINA DECONCINI, DEREK SANDOZ, COURTNEY BROWN AND STEVE DIETRICH upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Roscoe C. Nelson<br>Nelson & Nelson<br>811 SW Naito Pkwy Ste 200<br>Portland, OR 97204<br>*Attorney for Plaintiffs* | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>_X_ E-MAIL<br>___ SERVED BY E-FILING |

    *s/ James S. Smith*
JAMES S. SMITH #840932
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
James.S.Smith@doj.state.or.us
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
JSS/ek4/499940474