IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

| | |
|---|---|
| **Moyata Anotta, an individual, et al** <br> Plaintiff/Petitioner <br> vs. <br> **Oregon Department of Environmental Quality, et al** <br> Defendant/Respondent | Cause No.: **22CV18266** <br> Hearing Date: <br><br> DECLARATION OF SERVICE OF <br> **Summons; Amended Complaint** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of the State of Oregon, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **23rd day of June, 2022** at **11:37 AM** at the address of **1010 Main Street, Springfield, Lane, OR 97477**; this declarant served the above described documents upon **Steven Dietrich**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Steven Dietrich, I delivered the documents to Steven Dietrich with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with glasses.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Date: 06/24/2022

_/s/ Abigail Williams_
**Abigail Williams**
P.O. BOX 11822, EUGENE, OR 97440   541-554-9686

REF: **NWM005.0012**

ORIGINAL DECLARATION
OF SERVICE

Tracking #: **0088819967** PDX FIL

EXHIBIT 4
Page 2 of 3

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF MULTNOMAH**

| | |
|---|---|
| MOYATA ANOTTA, an individual; and<br>NW METALS, INC., an Oregon corporation,<br><br>          Plaintiff,<br><br>          v.<br><br>OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency;<br>RICHARD WHITMAN, an individual;<br>LEAH FELDON, an individual;<br>NINA DECONCINI, an individual;<br>DEREK SANDOZ, an individual;<br>COURTNEY BROWN, an individual; and<br>STEVEN DIETRICH, an individual,<br><br>          Defendants. | **Case No. 22CV18266**<br><br>**SUMMONS** |

TO:     Steven Dietrich
          Lane Regional Air Protection Agency
          1010 Main Street
          Springfield, OR 97477

IN THE NAME OF THE STATE OF OREGON: You are required to appear and to defend against the Complaint filed against you in this case within thirty (30) days from the date of service of this Summons upon you. If you fail to appear and to defend, plaintiff will apply to the Court for the relief demanded in the Complaint.

**NOTICE TO DEFENDANT:
READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the Court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given

EXHIBIT 4
Page 3 of 3

to the Court Clerk or Administrator within thirty (30) days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

Dated this 21st day of June, 2022.

NELSON & NELSON

_____
Roscoe C Nelson, Jr., OSB# 732218

I certify that I have prepared this copy of Summons and that I have carefully compared this copy with the Original. I further certify that this is a true, exact, complete and correct copy of the original. The address at which papers in this action may be served upon plaintiff by mail steve.lippold@doj.state.or.us: Nelson & Nelson, 811 SW Naito Parkway, Suite 200, Portland, OR 97204.

Dated this 21st day of June, 2022.

NELSON & NELSON

_____
Roscoe C Nelson, Jr., OSB# 732218

Submitted by:
Roscoe C. Nelson, Jr., OSB# 732218
Of Attorneys for Plaintiff
NELSON & NELSON
811 SW Naito Parkway, Suite 200
Portland, OR 97204
Telephone: (503) 222-1081
Facsimile: 503-222-1081
E-mail: attorneys@roscoecnelson.com