ELLEN F. ROSENBLUM
Attorney General
JAMES S. SMITH  #840932
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  James.S.Smith@doj.state.or.us

Attorneys for State Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MOYATA ANOTTA, an individual; and NW METALS, INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency; RICHARD WHITMAN, an individual; LEAH FELDON, an individual; NINA DECONCINI, an individual; DEREK SANDOZ, an individual; COURTNEY BROWN, an individual; and STEVE DIETRICH, an individual,<br><br>Defendants. | Case No.  3:22-cv-00953-YY<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

Defendants Oregon Department of Environmental Quality, Richard Whitman, Leah

Feldon, Nina DeConcini, Derek Sandoz, Courtney Brown, and Steven Dietrich, hereby give

notice that the Oregon Department of Justice, by and through Senior Assistant Attorney General

Page 1 -   NOTICE OF APPEARANCE
     JSS/jl9/

James S. Smith, hereby appears as counsel on their behalf and request that all pleadings and papers, except process, be served upon their counsel as described herein.

DATED July __5__, 2022.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


_s/ James S. Smith_
JAMES S. SMITH #840932
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
James.S.Smith@doj.state.or.us
Of Attorneys for State Defendants

Page 2 -    NOTICE OF APPEARANCE
JSS/jl9/