**Roscoe C. Nelson, Jr., OSB No. 732218**
Email: attorneys@roscoenelson.com
Nelson & Nelson
811 SW Naito Parkway, Suite 200
Portland, Oregon 97204
Telephone:    503.222.1081

**Joshua D. Stadtler, OSB No. 131613**
Email: jstadtler@dunncarney.com
**Kevin T. Sasse, OSB No. 155434**
Email: ksasse@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
Telephone:    503.224.6440

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MOYATA ANOTTA, an individual; and NW METALS, INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency; RICHARD WHITMAN, an individual; LEAH FELDON, an individual; NINA DECONCINI, an individual; DEREK SANDOZ, an individual; COURTNEY BROWN, an individual; and STEVEN DIETRICH, an individual,<br><br>Defendants. | Case No. 3:22-cv-00953-YY<br><br>**NOTICE OF WITHDRAWAL OF JOSHUA D. STADTLER AND KEVIN T. SASSE ON BEHALF OF PLAINTIFFS MOYATA ANOTTA AND NW METALS, INC.** |

/ / /

/ / /

/ / /

NOTICE OF ATTORNEY WITHDRAWAL

**TO: CLERK OF THE COURT AND ALL COUNSEL**

Pursuant to LR 83-11, notice is hereby given that Joshua D. Stadtler and Kevin T. Sasse of the law firm of Dunn Carney Allen Higgins & Tongue LLP are withdrawing as counsel for plaintiffs Moyata Anotta and NW Metals, Inc. in this matter. Attorney Roscoe C. Nelson of the law firm of Nelson & Nelson continues as before as counsel for plaintiffs.

Dated: December 16, 2022.

| | |
|---|---|
| DUNN CARNEY ALLEN HIGGINS & TONGUE LLP | DUNN CARNEY ALLEN HIGGINS & TONGUE LLP |
| /s/ Joshua D. Stadtler | /s/ Kevin T. Sasse |
| Joshua D. Stadtler, OSB No. 131613 | Kevin T. Sasse, OSB No. 155434 |
| Email: jstadtler@dunncarney.com | Email: ksasse@dunncarney.com |
| Telephone: 503.417.5507 | Telephone: 503.306.5339 |
| *Withdrawing* Attorney for Plaintiffs | *Withdrawing* Attorney for Plaintiffs |
| Dated: December 16, 2022. | Dated: December 16, 2022. |