FILED 01 SEP '23 09:00 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISON

**MOYATA ANOTTA, an individual; and NW METALS, INC., Oregon corporations,**

    Plaintiffs,

    v.

**OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency; RICHARD WHITMAN, an individual; LEAH FELDON, an individual; NINA DECONCINI. An individual; DEREK SANDOZ, an individual; and STEVEN DIETRICH, individual,**

    Defendants.

Case No. 3:22-CV-00953-YY

**NOTICE OF WITHDRAWAL OF REPRESENTATION**

NOTICE OF WITHDRAWAL OF REPRESENTATION

COME NOW Roscoe C. Nelson, Jr. (OSB No. 732218) of Nelson & Nelson and represent that the attorney-client relationship regarding said matter has been terminated.

The last known contact information for *Plaintiff* is:

Page 1 – **NOTICE OF WITHDRAWAL OF REPRESENTATION**

Nelson & Nelson
811 SW Naito Parkway, Suite 200 •
Portland, OR 97204 • (503) 222-1081
attorneys@roscoecnelson.com

| | |
|---|---|
| 1 | Moyata Anotta -Plaintiff |
| | 930 NW 12th Avenue # 524 |
| 2 | Portland, OR 97209 |
| | 503-367-6955 |
| 3 | |
| | Dated this 1st day of September 2023. |
| 4 | |
| 5 | |
| |                   s/ Roscoe C. Nelson, Jr. |
| 6 |                   Roscoe C. Nelson, Jr., OSB #732218 |
| |                   Attorneys for Plaintiff |

Page 2 – **NOTICE OF WITHDRAWAL OF REPRESENTATION**

## CERTIFICATE OF SERVICE

I hereby certify that I served the following: **NOTICE OF WITHDRAWAL OF REPRESENTATION** upon:

James S. Smith
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Via email at *@kelleighfamilylaw.com*

Moyata Anotta -Plaintiff
930 NW 12th Avenue # 524
Portland, OR 97209
503-367-6955

on September 1, 2023.

s/ Roscoe C. Nelson, Jr.
ROSCOE C. NELSON, JR., OSB #732218
mail@roscoecnelson.com
Attorney for Plaintiff
