FILED26 JAN '24 1359USDC-ORP

**Moyata Anotta**
Email: anottam@gmail.com
3744 NW Devoto ln.
Portland, Oregon 97229
Telephone: 503.367.6955

       Plaintiff.

Ellen F. Rosenblum
Attorney General
**James S. Smith, OSB No. 840932**
Email: james.s.smith@doj.state.or.us
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone:    971.673.1880

       Of Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | | |
|---|---|---|
| MOYATA ANOTTA, an individual; and NW METALS, INC., an Oregon corporation, | ) ) ) ) | Case No. 3:22-cv-00953-YY |
|        Plaintiffs, | ) ) | **MOTION TO COMPEL** |
| v. | ) ) ) | |
| OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency; RICHARD WHITMAN, an individual; LEAH FELDON, an individual; NINA DECONCINI, an individual; DEREK SANDOZ, an individual; COURTNEY BROWN, an individual; and STEVEN DIETRICH, an individual, | ) ) ) ) ) ) ) ) ) ) | |
|        Defendants. | ) ) | |

**MOTION TO COMPEL**

The Plaintiff, Moyata Anotta, moves pursuant to FRCP 45 for an Order compelling the Defendants, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency; RICHARD WHITMAN, an individual; LEAH FELDON, an individual; NINA DECONCINI, an individual; DEREK SANDOZ, an individual; COURTNEY BROWN, an individual; and STEVEN DIETRICH, an individual, to promptly produce all outstanding discovery, and in support, states as follows:

1. On September 14th, 2023, Plaintiff requested, by way of a email addressed to all Defendants' counsel, Requested for Production of Documents and Deposition scheduling.(exhibit 1A-1B)

2. On Oct 16th, 2023 defendants objected to production of requested documents(exhibit 2A-2C)

3. After negotiation with Defendants council, Defendants agreed to produce all requested materials on Dec 4th, 2023 (exhibit 3)

4. On Jan 23rd,2024 defendants produced only partial requested documents.

5. On Jan 24th, 2024 Defendants Alleged that documents provided satisfies the production

**MOTION TO COMPEL**

request dated Sep 14th, 2023. (exhibit 4A-4B)

6. That to date, Plaintiff has not received a
   completed response to our discovery requests
   from any of the Defendants in this matter. In
   fact it appears defendants are engaged in legal
   gamesmanship. The plaintiff is looking for a
   court order for sanctions and fees.  The
   plaintiff wants answers so we can proceed with
   the litigation without delay.

WHEREFORE, Plaintiff moves for an Order compelling the
Defendants to produce complete required documents within
the 5 business days.

Respectfully submitted,

Moyata Anotta                    1/26/24



 Gmail                                                   NW Metals Inc. <nwmetalsinc@gmail.com>

---

## Fwd: Discovery Production
1 message

**Moyata Anotta** <anottam@gmail.com>                                          Fri, Jan 26, 2024 at 8:35 AM
To: nwmetals inc <nwmetalsinc@gmail.com>

--------- Forwarded message ---------
From: **Moyata Anotta** <anottam@gmail.com>
Date: Thu, Jan 25, 2024, 5:57 PM
Subject: Re: Discovery Production
To: Smith James S <james.s.smith@doj.state.or.us>
Cc: Lohman Jason <Jason.Lohman@doj.state.or.us>, Hall David <david.hall@doj.state.or.us>, Sullivan Matthew <Matthew.Sullivan@doj.state.or.us>

Mr. Smith:
I am forwarding the request for production submitted on September 14th to refresh your memory.
Thank You,
Mo Anotta

> **From:** Moyata Anotta <anottam@gmail.com>
>
> **Sent:** Thursday, September 14, 2023 7:37 PM
> **To:** Smith James S <james.s.smith@doj.state.or.us>; Moyata Anotta <anottam@gmail.com>
> **Subject:** Re: Motion to Modify Schedule
>
> ---
> **\*CAUTION EXTERNAL EMAIL\* This email originated from outside of DOJ. Treat attachments and links with caution. \*CAUTION EXTERNAL EMAIL\***
> ---
>
> Mr. Smith:
>
> I have not received any communication from Mr. Sullivan on our request for production of documents. If you may, can you please instruct him to provide me with the requested documents in preparation for deposition. Time is of the essence.
>
> I would like to request additional production of the following documents in preparation of the deposition.
>
> A. ACDP application for both Schnitzer's steel and Rivergate Scrap Metal
>
> B. All communications regarding ACDP application including, all extension requests by both companies regarding their respective ACDP and CAO application
>
> C. CAO call-in for both facilities.
>
> D. Violation notices/Pre-Enforcement Notices for both Schnitzers steel and Rivergate scrap metal from the time period of March 2018 to current

Exhibit 1 B

Considering court's Local Rules require the parties to cooperate concerning deposition schedules; please provide me dates within the next 30 days they are available to be deposed:

Paul Seidel

Nina Deconcini

Courtney Brown

Richard Whitman

Leah Feldon

Chris Papinsick

Mike Greenburg

Derek Sandoz

Steven Dietrich

 kieran O'Donnell


Attached are subpoenas signed by the court clerk to be served beginning tomorrow.


Thank you

Mo Anotta

503-367-6955

---

***** CONFIDENTIALITY NOTICE *****
This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.

************************************

Exhibit 2 A

ELLEN F. ROSENBLUM
Attorney General
JAMES S. SMITH  #840932
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  James.S.Smith@doj.state.or.us

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MOYATA ANOTTA, an individual; and NW METALS, INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency; RICHARD WHITMAN, an individual; LEAH FELDON, an individual; NINA DECONCINI, an individual; DEREK SANDOZ, an individual; COURTNEY BROWN, an individual; and STEVE DIETRICH, an individual,<br><br>Defendants. | Case No.  3:22-cv-00953-YY<br><br>STATE DEFENDANTS' OBJECTIONS TO PLAINTIFF MOYATA ANOTTA'S ADDITIONAL REQUESTS FOR PRODUCTION OF DOCUMENTS |

**GENERAL OBJECTIONS**

Defendants Oregon Department of Environmental Quality ("DEQ"), Whitman, Feldon,

DeConcini, Sandoz, Brown, and Dietrich (hereinafter "state defendants") object to requests for

Page 1 -    STATE DEFENDANTS' OBJECTIONS TO PLAINTIFF MOYATA ANOTTA'S
                ADDITIONAL REQUESTS FOR PRODUCTION OF DOCUMENTS
        JSS/jl9/

Exhibit 2B

production of documents which encroach on the attorney-client privilege, work product of defendants' attorneys or other representatives, requests for production of materials prepared in anticipation of litigation, or which seek public records protected by ORS 192.345 and ORS 192.355. The state defendants further object to plaintiff's request for production to the extent they exceed the scope of discovery allowed by the Federal Rules of Civil Procedure (FRCP). The state defendants will only produce documents in their possession, custody, or control.

Any production of documents by the state defendants is made without in any way waiving or intending to waive the above objections and (1) the right to object on the grounds of competency, privilege, relevancy, or materiality, or on any other ground, to the use of such information, for any purpose in whole or in part, in any subsequent step or proceeding in this action or in any other action; and (2) the right to object on any and all grounds, at any time, to any other discovery procedure involving or relating to the subject matter of this request, and securing an appropriate protective order when necessary to protect confidential and/or employment information of state employees.

***Defendants object to the extent the plaintiff's Requests seek voluminous, duplicative and marginally relevant information that would be unduly burdensome and costly to collect, process, review and produce. The state defendants also object to the extent the request seeks electronically stored information that is not reasonably accessible.***

***The state defendants will produce responsive information that can be identified using reasonable means of search and are prepared to confer regarding search terms and the scope and form of production.*** The below Response to Plaintiff's request for production are subject to the above general objections.

These responses relate to two specific requests for production made by plaintiff by email September 13, 2023 (attached). As a courtesy, plaintiff's email is being treated as a Request for Production made pursuant to FRCP 34.

Page 2 -   STATE DEFENDANTS' OBJECTIONS TO PLAINTIFF MOYATA ANOTTA'S
          ADDITIONAL REQUESTS FOR PRODUCTION OF DOCUMENTS
          JSS/jl9/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

*Exhibit 2C*

# RESPONSES

**REQUEST FOR PRODUCTION NO. 1:** Rivergate Type II Intent to Construct Permit.

**RESPONSE:** The state defendants object because this request seeks information which is not relevant to any claim or defense and would be overly burdensome to gather and produce. The state defendants also object because the request seeks confidential business information of a competitor of plaintiff which can only be produced under a protective order.

**REQUEST FOR PRODUCTION NO. 2:** Schnitzer Type II Intent to Construct Permit.

**RESPONSE:** The state defendants object because this request seeks information which is not relevant to any claim or defense and would be overly burdensome to gather and produce. The state defendants also object because the request seeks confidential business information of a competitor of plaintiff which can only be produced under a protective order.

DATED October __16__, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

___s/ James S. Smith___

JAMES S. SMITH #840932
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
James.S.Smith@doj.state.or.us
Of Attorneys for State Defendants

Page 3 -   STATE DEFENDANTS' OBJECTIONS TO PLAINTIFF MOYATA ANOTTA'S
           ADDITIONAL REQUESTS FOR PRODUCTION OF DOCUMENTS
           JSS/jl9/

Exhibit 3

 **Gmail**

NW Metals Inc. <nwmetalsinc@gmail.com>

---

## Fwd: NW Metals v DEQ

---

**Moyata Anotta** <anottam@gmail.com>                                    Fri, Jan 26, 2024 at 8:47 AM
To: nwmetals inc <nwmetalsinc@gmail.com>

---------- Forwarded message ----------
From: **Smith James S** <james.s.smith@doj.state.or.us>
Date: Mon, Dec 4, 2023, 3:06 PM
Subject: NW Metals v DEQ
To: Moyata Anotta <anottam@gmail.com>
Cc: attorneys@roscoecnelson.com <attorneys@roscoecnelson.com>, Lohman Jason <Jason.Lohman@doj.state.or.us>,
Kim Eun Sook <eunsook.kim@doj.state.or.us>

Mr. Anotta:

Attached are DEQ's responses to your emailed interrogatories dated October 24. 2023.  As you can see, DEQ has agreed
to produce the material you requested concerning other entities.  I am in the process of gathering those materials for
production and will forward them when they are available.

At your early convenience, kindly let us know of your position concerning our draft of the motion to extend the discovery
period.

Thanks.

James S. Smith (he/him/his)

Oregon DOJ

Trial Division, Civil Litigation Section

(971) 673-3891

(503) 383-5315 (cell)

---

***** CONFIDENTIALITY NOTICE *****
This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable
law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error,
please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and
any attachments from your system.

Exhibit 4 A

 Gmail

NW Metals Inc. <nwmetalsinc@gmail.com>

## Fwd: NW Metals Inc. et al v State of Oregon Department of Environmental Quality | 3:22-cv-00953-YY | Supplemental Production

**Moyata Anotta** <anottam@gmail.com>                                    Fri, Jan 26, 2024 at 8:40 AM
To: nwmetals inc <nwmetalsinc@gmail.com>

---------- Forwarded message ---------
From: **Smith James S** <james.s.smith@doj.state.or.us>
Date: Thu, Jan 25, 2024, 4:43 PM
Subject: RE: NW Metals Inc. et al v State of Oregon Department of Environmental Quality | 3:22-cv-00953-YY | Supplemental Production
To: Moyata Anotta <anottam@gmail.com>
Cc: Lohman Jason <Jason.Lohman@doj.state.or.us>, Hall David <david.hall@doj.state.or.us>, Sullivan Matthew <Matthew.Sullivan@doj.state.or.us>

Mr. Anotta:

What was sent you Wednesday does satisfy the state's promise to send records. What is covered in your email are new requests for documents. Since these records are relevant and discoverable, they will be produced, but it cannot happen instantly. That's why FRCP 34 allows a minimum of 30 days for production.

The permits issued some time ago should not be difficult to locate and produce; the same seems true for the payment information .

"All communications between the facilities and DEQ regarding the ACDP application" will include some paper records and much electronically stored information (email). Gathering ESI for production is a cumbersome and costly task. Next week, I will forward the state's suggestions for search terms and targets. Your input into the process is important. Once we have agreed on terms and targets, I'll be able to provide an estimate as to when the materials can be ready for production.

The persistent threats to file a discovery motion are helpful to neither side. We are being cooperative and making appropriate efforts to produce relevant information you have requested. If you are unsatisfied with discovery, it would be best for both sides to schedule a Rule 16 conference with Judge You. An email to the courtroom deputy will probably suffice to start the process (if you contact the court or court staff, please send us a copy).

Thanks.

James S. Smith (he/him/his)

Oregon DOJ

Trial Division, Civil Litigation Section

 Gmail

NW Metals Inc. <nwmetalsinc@gmail.com>

## Fwd: NW Metals Inc. et al v State of Oregon Department of Environmental Quality | 3:22-cv-00953-YY | Supplemental Production

**Moyata Anotta** <anottam@gmail.com>
To: nwmetals inc <nwmetalsinc@gmail.com>

Fri, Jan 26, 2024 at 8:38 AM

---------- Forwarded message ----------
From: **Moyata Anotta** <anottam@gmail.com>
Date: Wed, Jan 24, 2024, 5:29 PM
Subject: Re: NW Metals Inc. et al v State of Oregon Department of Environmental Quality | 3:22-cv-00953-YY | Supplemental Production
To: Sullivan Matthew <Matthew.Sullivan@doj.state.or.us>
Cc: Smith James S <james.s.smith@doj.state.or.us>, Lohman Jason <Jason.Lohman@doj.state.or.us>, Hall David <david.hall@doj.state.or.us>

Mr. Smith:

I must say I am very disappointed and concerned with the materials produced today after such a long wait. On Dec 4th defendants had agreed to produce all requested documents. The following materials from the request have still not been produced to date.
1. Rivergate and Schnitzers steel, Type II intent to construct permit allegedly issued in 2012
2. All communication between the facilities and DEQ regarding the ACDP application.
3. Payment receipts tendered to DEQ by the facilities with the ACDP permit application.
Absent the production of the complete requested materials by 5pm Friday the 25th of Jan, I will seek the help of the court and will request an order for sanctions.

In the interest of Judicial efficiency, I suggest defendants reconsider my previous settlement offer.

Thank You,
Moyata Anotta


On Wed, Jan 24, 2024 at 4:12 PM Sullivan Matthew <Matthew.Sullivan@doj.state.or.us> wrote:

> **RE: NW Metals Inc. et al v State of Oregon Department of Environmental Quality**
>
> **3:22-cv-00953-YY**
>
>
> Mr. Anotta:
>
>
> We are producing the identified below materials which are Bates numbered **DEQ-PROD-001692--DEQ-PROD-002073**:
>
>
> - DEQ-PROD-001692--001752__Rivergate Submittals
> - DEQ-PROD-001753—002073__Schnitzer Submittals
>
>
> Please let us know if you have any questions or run into any issues accessing the production materials.