**Roscoe C. Nelson, Jr., OSB No. 732218**
Email: attorneys@roscoenelson.com
MoNelson & Nelson
811 SW Naito Parkway, Suite 200
Portland, Oregon 97204
Telephone:     503.222.1081

    Of Attorneys for Plaintiff NW Metals, Inc.

**Moyata Anotta**
3744 NW Devoto ln.
Portland OR 97229
503-367-6955
anottam@gmail.com

    Pro Se

Ellen F. Rosenblum
Attorney General
**James S. Smith, OSB No. 840932**
Email: james.s.smith@doj.state.or.us
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone:     971.673.1880

    Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| MOYATA ANOTTA, an individual; and NW METALS, INC., an Oregon corporation, <br><br>Plaintiffs, <br><br>v. <br><br>OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency; RICHARD WHITMAN, an individual; LEAH FELDON, an individual; NINA DECONCINI, an individual; DEREK SANDOZ, an individual; COURTNEY BROWN, an individual; and STEVEN DIETRICH, an individual, <br><br>Defendants. | Case No. 3:22-cv-00953-YY <br><br>MOTION FOR SUMMARY JUDGMENT |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs' Moyata Anotta and NW Metals hereby moves for summary judgment pursuant to Fed. R. Civ. P. 56. As demonstrated in the attached Memorandum in support of this motion, there is no genuine dispute as to material facts that render Defendants OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency; RICHARD WHITMAN, an individual; LEAH FELDON, an individual; NINA DECONCINI, an individual; DEREK SANDOZ, an individual; COURTNEY BROWN, an individual; and STEVEN DIETRICH, an individual, liable to Plaintiffs. Therefore, for the reasons stated herein and in the accompanying Plaintiffs' Memorandum Supporting Their Motion for Summary Judgment, Plaintiffs' Statement of Undisputed Facts, and Exhibits, Plaintiff's motion for summary judgment should be granted

Dated: July 5th 2024.

NELSON & NELSON

 /s/Roscoe Nelson                              /s/Moyata Anotta                         
**Roscoe C. Nelson, Jr., OSB No. 732218**      **Moyata Anotta**
Email: attorneys@roscoenelson.com              Pro Se Plaintiff
Telephone: 503.222.1081
Of Attorneys for Plaintiff NW Metals, Inc.

**MOTION FOR SUMMARY JUDGMENT**