## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing **Motion for Summary Judgment and Accompanying Documents** was served on:

James S. Smith
Department of Justice
100 SW Market Street
Portland, OR 97201

*Attorney for Defendants*

☐ By hand delivery
☐ By first-class mail
☐ By overnight mail
☐ By facsimile transmission
Fax #: _____
☒ By e-mail:
James.S.Smith@doj.state.or.us

Dated: 7/5/2024.

/s/ moyata anotta
**Moyata Anotta**
Email: anottam@gmail.com
Telephone: 503.367.6955