**Moyata Anotta**
Email: anottam@gmail.com
3744 NW Devoto Ln
Portland, Oregon 97229
Telephone: 503.367.6955

Pro Se Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MOYATA ANOTTA, an individual; and NW METALS, INC., an Oregon corporation, <br><br>                           Plaintiffs, <br><br>v. <br><br>OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency; RICHARD WHITMAN, an individual; LEAH FELDON, an individual; NINA DECONCINI, an individual; DEREK SANDOZ, an individual; COURTNEY BROWN, an individual; and STEVEN DIETRICH, an individual, <br><br>                           Defendants. | Case No. 3:22-cv-00953-YY <br><br>**DECLARATION OF MOYATA ANOTTA REGARDING SERVICE** |

DECLARATION OF MOYATA ANOTTA

I, Moyata Anotta, declare under penalty of perjury:

1. I am the Pro Se plaintiff in this matter

2. I have conferred in good faith with counsel for Defendants in an attempt to resolve dispute and reach an agreement prior to filing a Motion For Summary Judgment.

3. Counsel for Defendants has agreed to accept service of the Motion for Summary Judgment and accompanying documents electronically.

I hereby declare under penalty of perjury that the above statement is true and correct.

Dated: July 3rd, 2024

s/ *moyata anotta*

Moyata Anotta