# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**MOYATA ANOTTA, et al.**         Case No.: 3:22−cv−00953−YY

   Plaintiff,

**v.**

**OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, et al.**

   Defendant.

---

**<u>Consent to Jurisdiction by a Magistrate Judge<br>and Designation of the Normal Appeal Route</u>**

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** _____

      **Signature:** _____

**Name and OSB ID:** _____

  **E−mail Address:** _____

       **Firm Name:** _____

**Mailing Address:** _____

  **City, State, Zip:** _____

**Parties Represented:** _____