UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MOYATA ANOTTA and NW METALS, INC., an Oregon corporation,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, an Oregon governmental regulatory agency; et al.,<br><br>Defendants - Appellees. | No. 25-2517<br><br>D.C. No. 3:22-cv-00953-YY<br><br>District of Oregon, Portland<br><br>MANDATE |

The judgment of this Court, entered June 15, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT